**IN THE UNITED STATSE DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION**

| | | |
|---|---|---|
| Paducah River Painting, Inc. ) | | |
|     A Kentucky Corporation ) | | |
| ) | | |
|     Plaintiff, ) | | |
| ) | | |
| v. ) | Case No. 5:11-CV-00135-GNS | |
| ) | | |
| McNational, Inc. ) | Jury Trial Demanded | |
|     A Florida Corporation, ) | | |
| McGinnis, Inc. ) | | |
|     An Ohio Corporation ) | | |
| National Maintenance & Repair of Kentucky, Inc. ) | | |
|     A Kentucky Corporation ) | | |
| ) | | |
|     Defendants. ) | | |

**MOTION FOR SUBSTITUTION OF ATTORNEYS**

      Robert J. Theuerkauf (KY Bar No. 89068), Daniel W. Redding (KY Bar No. 93234) and the law firm of Middleton Reutlinger have recently been retained to serve as counsel for Plaintiff, Paducah River Painting, Inc. ("PRP").  Notice is being given that Doulas W. Sprinkle and Mark D. Schneider of the firm Gifford, Krass, Sprinkle, Anderson & Citkowski, P.C., withdraw as counsel for Plaintiff.  Attached to this motion is a consent order for substitution.

                                                               Respectfully submitted,

                                                               /s/  Douglas W. Sprinkle
                                                               Douglas W. Sprinkle (Michigan Bar No. P25326)
                                                               Mark D. Schneider (Michigan Bar No. P55253)
                                                               GIFFORD KRASS SPRINKLE
                                                                  ANDERSON & CITKOWSKI, P.C.
                                                               2701 Troy Center Dr., Suite 330
                                                               Troy, MI  48084
                                                               dsprinkle@patlaw.com
                                                               mschneider@patlaw.com
                                                               Ph:  (248) 647-6000
                                                               Fax:  (248) 647-5210
                                                               *Counsel for Plaintiff Paducah River Painting, Inc.*

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was filed on February 9, 2015, with the Court via CM/ECF system thereby effectuating service via electronic means upon all parties/counsel of record.

/s/ Douglas W. Sprinkle
*Counsel for Plaintiff Paducah River Painting, Inc.*