UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

| | | |
|---|---|---|
| PADUCAH RIVER PAINTING, INC. | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| v. | ) | CASE NO. 5:11-CV-135-GNS |
| | ) | |
| MCNATIONAL, INC., | ) | |
| MCGINNIS, INC., | ) | |
| NATIONAL MAINTENANCE & REPAIR | ) | |
|   OF KENTUCKY, INC., | ) | |
| | ) | |
| DEFENDANTS. | ) | |

**JOINT MOTION TO DISMISS**

Plaintiff, Paducah River Painting, Inc., and Defendants, McNational, Inc., McGinnis, Inc. and National Maintenance & Repair of Kentucky, Inc., have entered into a confidential settlement agreement and mutual release resolving the matters in dispute in this litigation. Pursuant to the settlement agreement, the parties hereby file this motion and respectfully request that the Court enter the attached Agreed Order of Dismissal.

                   Respectfully,

                    _/s/ Robert J. Theuerkauf_____
                   Robert J. Theuerkauf
                   Daniel W. Redding
                   Middleton Reutlinger
                   401 S. Fourth Street, Suite 2600
                   Louisville, Kentucky  40202
                   (502) 584-1135
                   Fax:  (502) 561-0442
                   rjt@middletonlaw.com
                   dredding@middletonlaw.com

                   *Counsel for Plaintiff*
                   *Paducah River Painting, Inc.*

        /s/ Rachael L. Rodman_____
John D. Luken
Joshua A. Lorentz
Rachael L. Rodman
David R. Monohan
Dinsmore & Shohl LLP
255 East Fifth Street, Suite 1900
Cincinnati, OH  45202
Ph.:  (513) 977-8200
John.luken@dinsmore.com
Joshua.lorentz@dinsmore.com
Rachael.rodman@dinsmore.com
david.monohan@dinsmore.com

*Counsel for Defendants McNational, Inc., McGinnis, Inc., and National Maintenance & Repair of Kentucky, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was filed on May 27, 2015, with the Court via CM/ECF system thereby effectuating service via electronic means upon all parties/counsel of record.

/s/ Robert J. Theuerkauf
*Counsel for Plaintiff Paducah River Painting, Inc.*