UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

| | | |
|---|---|---|
| PADUCAH RIVER PAINTING, INC. | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| v. | ) | CASE NO. 5:11-CV-135-GNS |
| | ) | |
| MCNATIONAL, INC., | ) | |
| MCGINNIS, INC., | ) | |
| NATIONAL MAINTENANCE & REPAIR | ) | |
| OF KENTUCKY, INC., | ) | |
| | ) | |
| DEFENDANTS. | ) | |

**AGREED ORDER OF DISMISSAL**

The Court having reviewed the parties' Joint Motion to Dismiss and being advised that the parties have resolved all claims in this matter by agreement, and being otherwise duly and sufficiently advised;

IT IS HEREBY ORDERED AND ADJUDGED that this case, and all claims asserted herein, are DISMISSED, with prejudice, subject to the terms of the settlement agreement between the parties resolving this matter and the claims asserted herein;

IT IS FURTHER ORDERED AND ADJUDGED that the parties shall be responsible for and pay their own costs and attorney's fees.

Greg N. Stivers, Judge
United States District Court
June 1, 2015